■ SALVATORE R. CURIALE, as Superintendent of Insurance of the State of New York, Appellant-Respondent, v AIG MULTI-LINE SYNDICATE, INC., et al., Defendants, and HUDSON REINSURANCE COMPANY, LTD., Respondent-Appellant. [640 NYS2d 18]

Summary judgment dismissing plaintiff's first cause of action to recover reinsurance proceeds under a reinsurance contract between Hudson (the reinsurer) and Union Indemnity Insurance Co. (in liquidation) was warranted for the reasons stated in *Matter of Union Indem. Ins. Co.* (200 AD2d 99, *lv dismissed* 84 NY2d 1026). The IAS Court correctly ordered Hudson to pay interest on the returned premiums (CPLR 3004; *cf., e.g., Myers v Equitable Life Assur. Socy.*, 60 AD2d 942;

*Leamy v. Berkshire Life Ins. Co.,* 46 AD2d 965, *affd* 39 NY2d 271). We find no basis for the imposition of sanctions against plaintiff. Concur—Milonas, J. P., Rosenberger, Ellerin, Rubin and Williams, JJ.